**E-FILED**

Thursday, 04 May, 2006 12:00:20 PM
Clerk, U.S. District Court, ILCD

**FILED**

# United States District Court

_____ CENTRAL _____ DISTRICT OF _____ ILLINOIS 13

MAY - 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

US MARSHALS SERVICE
CENTRAL ILLINOIS

UNITED STATES OF AMERICA
   vs.

## WARRANT FOR ARREST

MATTHEW HENDERSON, RUSSELL VANDYKE,
CYNTHIA DAVISON,  MINNIE LACOCK

CASE NO.  $O6-6023$

TO:   THE UNITED STATES MARSHAL and any
        AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest _____ RUSSELL VANDYKE ____, and bring him
                                                           Name

forthwith to the nearest magistrate to answer a complaint charging him with conspiracy to receive, possess, conceal,

barter and sell a stolen firearm in violation of Title _____ 18 _____ United States Code, Section(s) _371_

_____ JOHN A. GORMAN _____       _____ United States Magistrate Judge _____
      Name of Issuing Officer                                       Title of Issuing Officer

s/ John A. Gorman
_____                                     _____ at Peoria, Illinois _____
Signature of Issuing Officer                                Date and Location

Bail fixed at $ _Detention Requested_ by _____ John A. Gorman,  United States Magistrate Judge _____

                                       Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _Fulton Co. Jail_ | | |
| Date Received _05/01/06_ | Name of Arresting Officer — | Signature of Arresting Officer |
| Date of Arrest _04/27/06_ | Title of Arresting Officer | s/Officer |