**FILED**

MAR 15 2007



JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)**

Case Name: Russell Van Dyke

Case Number: 06-10040-02

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number 49), Sentencing Recommendation (document number 50) and Statement of Reason(s) Page (document number 53) were returned to the U.S. Probation Office on 3/15/7.

Received by:

/s/ Douglas Heuermann
U.S. Probation Office
Date: 3/15/07